**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RASHAWN WARD, | No. 18-3991 (SDW)(LDW) |
| Plaintiff, | |
| v. | **ORDER** |
| STATE OF NEW JERSEY, | |
| Defendant. | September 5, 2018 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on August 15, 2018 by Magistrate Judge Leda D. Wettre ("Judge Wettre"), recommending that this action be remanded to the Superior Court of New Jersey, Essex County, Law Division. Defendant Essex County, improperly pled as Essex County Correctional Facility, filed objections to the R&R. (Dkt. No. 34.) This Court has reviewed the reasons set forth by Judge Wettre in the R&R as well as Defendant's objections and the other documents in this matter. This Court is satisfied that Judge Wettre properly determined that this matter be remanded.

Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (Dkt. No. 31) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

s/ Susan D. Wigenton, U.S.D.J.

Orig: Clerk
cc: Parties
    Magistrate Judge Wettre